# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

| | |
|---|---|
| SPINE IMAGING MRI, L.L.C., | Civil No. 09-1963 (JRT/AJB) |
| Plaintiff, | |
| v. | |
| LIBERTY MUTUAL INSURANCE COMPANY, *et al.*, | **ORDER FOR DISMISSAL** |
| Defendants. | |

___

Based upon the stipulation of dismissal between Plaintiff Spine Imagining and Defendant Wilson Mutual Insurance Company [Docket No. 48], filed on September 29, 2009, and upon all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that all claims by and between Plaintiff Spine Imaging and Defendant Wilson Mutual Insurance Company are **DISMISSED WITH PREJUDICE** pursuant to the terms of their stipulation, without damages, costs, disbursements, interest, or attorney's fees to any of the Parties.

DATED: October 6, 2009
at Minneapolis, Minnesota.

                                                       s/John R. Tunheim
                                                      JOHN R. TUNHEIM
                                                   United States District Judge