# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| SPINE IMAGING MRI, L.L.C., | Civil No. 09-1963 (JRT/AJB) |
| Plaintiff, | |
| v. | **ORDER** |
| LIBERTY MUTUAL INSURANCE COMPANY, *et al.*, | |
| Defendants. | |

Based on the Stipulation to Establish Uniform Briefing Schedule and for Plaintiff to File a Consolidated Response in Opposition to Defendants' Motions to Dismiss with the Court [Docket No. 49], this Court hereby orders the following:

1. Spine Imaging's consolidated response in opposition to defendants' motions to dismiss shall be filed with the Court on or before October 19, 2009.

2. Defendants' replies in support of their motions to dismiss shall be filed with the Court on or before October 30, 2009.

3. Spine Imaging's consolidated response in opposition to defendants' motions shall be limited to 17,000 words. All other requirements of Local Rule 7.1 shall remain unchanged.

**IT IS ORDERED.**

Dated: October 7, 2009
at Minneapolis, Minnesota

                                          s/John R. Tunheim
                                           JOHN R. TUNHEIM
                                        United States District Judge