# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| SPINE IMAGING MRI, L.L.C., | Civil No. 09-1963 (JRT/AJB) |
| Plaintiff, | |
| v. | **ORDER** |
| LIBERTY MUTUAL INSURANCE COMPANY, *et al.*, | |
| Defendant. | |

This matter is before the Court upon the stipulation of the parties, for an extension of time to file response [Docket No. 75].

Based on the file, records, and the stipulation of counsel, **IT IS HEREBY ORDERED** that in accordance with D. Minn. LR 7.1(b)(2), Defendant Liberty Mutual Fire Insurance Company shall file and serve its response to Plaintiff's motion to dismiss Defendant's counterclaims on or before December 23, 2009 and Plaintiff shall file and serve its reply on or before January 8, 2010.

Dated: November 19, 2009
at Minneapolis, Minnesota

                                                       s/John R. Tunheim
                                                      JOHN R. TUNHEIM
                                                United States District Judge